# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

---

ELI ASHNKENAZI, individually and
on behalf of all others similarly situated,

Civil No.: 3:21-cv-11726-PGS-DEA

Plaintiff(s),

-against-

**MOTION FOR DEFAULT JUDGMENT**

PARAMOUNT RECOVERY
SYSTEMS, L.P.,

Defendant(s).

---

Plaintiff, ELI ASHKENAZI hereby moves the Court pursuant to Federal Rule of Civil Procedure 55(b) to enter default judgment in favor of the Plaintiff against the Defendant, PARAMOUNT RECOVERY SYSTEMS, L.P., on the grounds that said Defendant failed to answer or otherwise defend against the complaint.

Dated: September 28, 2021

By: /s/ Ari Hillel Marcus
Ari Hillel Marcus, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone: 732-695-3282
Fax: 732-298-6256
Email: ari@marcuszelman.com

TO:   PARAMOUNT RECOVERY SYSTEMS, L.P.
      7524 Bosque Blvd, Suite L
      Waco, TX 76712 (via CM and Reg. Mail)