IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELI ASHKENAZI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>PARAMOUNT RECOVERY SYSTEMS, L.P.,<br><br>Defendants. | Civil Case Number: 3:21-cv-11726-PGS-RLS |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' July 13, 2022 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **3:21-cv-11726-PGS-RLS**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED THIS __13__ day of __July__ 2022.

*Clerk is directed to close the file.*

_____
HONORABLE PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE